Court of Appeals, Reported. 162 N. Y. 612.

In the Matter of the Petition of JOHN D. CAMPBELL, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 24,279, Issued to WILLIAM F. ROBINETT, Appellant.

DANIEL O'GRADY, Special Deputy Commissioner of Excise, Respondent.

*Matter of Campbell,* 46 App. Div. 634, affirmed.
(Argued February 27, 1900; decided March 13, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 2, 1900, reversing an order of Special Term dismissing an application for the revocation of a liquor tax certificate, and granting such application.

*Moses Shire,* for appellant.

*P. W. Cullinan* and *L. H. Jones* for respondents.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting, O'BRIEN, J.